IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**

vs                   **4:11-CR-00288-BRW**

**BRANDON COLE MCCORMACK**

## ORDER

The Government's Motion to Unseal Indictment is GRANTED. The Clerk of the Court is directed to unseal the Indictment.

IT IS SO ORDERED this 21st day of December, 2011.

                                                 /s/Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE