PROB 12B
ED/AR (12/2012)



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 6 2014

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

# United States District Court

### for the

## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Brandon Cole McCormack              Case Number:  4:11CR00288-01 BRW

Name of Sentencing Judicial Officer:   Honorable Billy Roy Wilson
                                       United States District Judge

Original Offense:       Felon, in Possession

Date of Sentence:       January 4, 2013

Original Sentence:      1 year and a day Bureau of Prisons, 3 years supervised release, DNA, mandatory drug
                        testing, substance abuse treatment, financial disclosure, and $100 special penalty
                        assessment

                        March 17, 2014:  Supervised release modified to include participation, under the
                        guidance and supervision of the probation office, in a substance abuse treatment
                        program which may include testing, out-patient counseling, and/or residential
                        treatment.  Further, the defendant shall abstain from the use of alcohol throughout the
                        course of any treatment.

| Type of Supervision: | Supervised Release | Date Supervision Commenced:  December 31, 2013 |
|---|---|---|
| | | Date Supervision Expires:  December 30, 2016 |

| Drug and Alcohol Treatment Specialist:  Amber Dunn | Asst. U.S. Attorney: Benecia Moore | Defense Attorney: Lisa Peters |
|---|---|---|

## PETITIONING THE COURT

☐    To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒    To modify the conditions of supervision as follows:

**You shall participate in the location monitoring program for a period of six months.  During this time,
you will remain at your place of residence at specific times to be determined by your probation officer.
At the direction of your probation officer, you shall wear an electronic monitoring device and follow
electronic monitoring procedures specified by your probation officer.  Cost of electronic monitoring will
be paid by the defendant.  The defendant shall be placed on home detention.**

## CAUSE

On June 11, 2014, Mr. McCormack submitted a urine specimen confirmed positive for methamphetamine. Mr.
McCormack admitted to seeking and using methamphetamine on June 9, 2014.  After conversing with Mr.
McCormack, it is believed this controlling strategy will assist in preventing the further use of illegal substances.
He will continue participating in the U.S. Probation Office's substance abuse driven Moral Reconation Therapy
program, outpatient individual counseling sessions at Recovery Centers of Arkansas, and random urinalysis
testing.

Prob 12B

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Brandon Cole McCormack          Case Number: 4:11CR00288-01 BRW

On June 17, 2014, Mr. McCormack spoke with Lisa Peters of the Federal Public Defender's Office regarding this modification. Ms. Peters had no objections to modifying the conditions of Mr. McCormack's supervised release.


_____          _____
Amber Dunn                                Benecia Moore
Drug and Alcohol Treatment Specialist     Assistant U.S. Attorney


Date: June 20, 2014                       Date: 6/24/14


Approved:


_____
Supervising U.S. Probation Officer


This form is to be filed with Criminal Docketing as a motion.


THE COURT ORDERS:

☐  No Action
☐  The Extension of Supervision as Noted Above
☒  The Modification of Conditions as Noted Above
☐  Other


_____
Signature of Judicial Officer

6-26-2014
_____
Date


This form is to be filed with Criminal Docketing as an order and/or petition.


c:   Assistant Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
     Assistant U.S. Attorney, Benecia Moore, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**You shall participate in the location monitoring program for a period of six months. During this time, you will remain at your place of residence at specific times to be determined by your probation officer. At the direction of your probation officer, you shall wear an electronic monitoring device and follow electronic monitoring procedures specified by your probation officer.  Cost of electronic monitoring will be paid by the defendant. The defendant shall be placed on home detention.**

Witness: _____          Signed: _____
          U.S. Probation Officer                Probationer or Supervised Releasee

_____
06/17/14
DATE