**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs         4:11CR-00288-01-BRW

BRANDON COLE McCORMACK

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On Thursday, November 20, 2014, Mr. Brandon McCormack appeared before the Court and admitted to the allegations in the Government's Motion to Revoke Supervised Release. The Court has modified the conditions of supervised release **that the defendant will complete an additional 6 (six) months of Home Confinement with Electronic Monitoring under the guidance and supervision of the U.S. Probation Office. The costs of the Electronic Monitoring will be equally split by Mr. McCormack and the U. S. Probation Office. The defendant is also ordered to stay away from his estranged wife.** All other conditions of supervised release imposed by this Court remain in full force and effect.

IT IS SO ORDERED this 24th day of November, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE